THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. HYMAN OSTRANSKY, Appellant.

(Argued March 18, 1918; decided April 2, 1918.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered November 12, 1917, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Vincent Gilroy* and *Frederick A. Ware* for appellant.

*Edward Swann, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ. Not sitting: HISCOCK, Ch. J.

---

FRANCIS P. McNICHOL, as Executor of CATHERINE FARREL, Deceased, Appellant, v. ANNIE E. SLINEY, Respondent.

*Mc Nichol* v. *Sliney*, 172 App. Div. 895, affirmed.

(Submitted March 18, 1918; decided April 2, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 22, 1915, affirming a judgment in favor of defendant entered upon a verdict in an action of replevin brought by the plaintiff to recover the possession of certain bank books standing in the name of plaintiff's testatrix. The bank books are in the possession of the defendant, who is a younger sister of plaintiff's testatrix, and who claimed to own them by virtue of a gift of them to her made by the testatrix about a week before her death.

*Henry G. K. Heath* for appellant.

*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ. Not sitting: HISCOCK, Ch. J.